# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | |
|---|---|
| **KAREN GATES**, *Plaintiff*, | |
| v. | Cause No. 3:23-CV-225-CWR-MTP |
| **THE CENTRAL MISSISSIPPI PLANNING AND DEVELOPMENT DISTRICT**, *Defendant*. | |

## FINAL JUDGMENT

For the reasons stated in the Order issued this day by this Court, *see* Docket No. 43, this case is dismissed with prejudice and closed on the Court's docket.

**SO ORDERED**, this the 14th day of August, 2024.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE